FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

**RECEIVED**

MAR 20 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE
~~NORTHERN~~ DISTRICT OF OHIO
SOUTHERN ~~EASTERN~~ DIVISION

MICHAEL PHILLIP MITCHELL #A599-740
_____
(Enter above the full name of the plaintiff in this action)

vs.

UNNAMED MEDICAL NURSE DEFENDANT, ET AL.,
UNNAMED MEDICAL NURSE DEFENDANT,
UNNAMED TRANSPORT VAN DEFENDANT,
_____
(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. 2:25-CV 0287

JUDGE _____JUDGE WATSON_____

**COMPLAINT**

MAGISTRATE JUDGE SILVAIN

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☑

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs _____NONE_____

    Defendants _____NONE_____

2. Court (if federal court, name the district; if state court, name the county) _____NONE_____

3. Docket Number _____NONE_____

4. Name of judge to whom case was assigned _____NONE_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NONE

6. Approximate date of filing lawsuit NONE

7. Approximate date of disposition NONE

II. Place of Present Confinement MARION CORRECTIONAL INSTITUTION

   A. Is there a prisoner grievance procedure in this institution? YES ☑ NO ☐

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES ☑ NO ☐

   C. If your answer is YES,

      1. What steps did you take? INFORMAL COMPLAINT

      2. What was the result? DISSATISFIED RESULT

   D. If your answer is NO, explain why not N/A

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES ☑ NO ☐

   F. If your answer is YES,

      1. What steps did you take? GRIEVANCE

      2. What was the result? DISSATISFIED RESULT

- 3 -

**III. Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff _MICHAEL PHILLIP MITCHELL, #599-740_
   Address _NONE / MARION CORRECTIONAL INSTITUTION - MARION, OHIO 43302_

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant _UNNAMED MEDICAL NURSE DEFENDANT_ is employed as _MEDICAL NURSE_ at _PICKAWAY CORRECTIONAL INSTITUTION_

C. Additional Defendants _UNNAMED TRANSPORT VAN DEFENDANT, UNNAMED MEDICAL NURSE DEFENDANT, UNNAMED TRANSPORT VAN DEFENDANT_

**IV. Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

DEFENDANTS UNKNOWN LISTED HEREIN "ARE" RESPONSIBLE FOR THE PICKAWAY CORRECTIONAL INSTITUTION, INCLUDING THE CARE, THE TRANSPORT SAFETY AND TREATMENT OF ITS INMATES IN CUSTODY THEREIN. DEFENDANTS UNKNOWN LISTED HEREIN "ARE" REQUIRED TO ENSURE THAT THE POLICIES, PRACTICES, MEDICAL, TRANSPORT, MEDICAL FOLLOW-UP ORDERS AND CUSTOMS OF OUTSIDE PRISON WALLS HOSPITALS COMPLY WITH FEDERAL AND OHIO LAWS CONCERNING THE CARE, TRANSPORT AND TREATMENT OF "PERSONS" IN CUSTODY. SEE COMPLAINT BRIEF

(continued)

(Statement of Claim Continued)

SEE COMPLAINT BRIEF

- 5 -

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

SEE CLAIM FOR RELIEF

SEE PRAYER FOR RELIEF

SEE COMPLAINT BRIEF

Signed this __3rd__ day of __March__, ~~19~~__2025__.

I declare under penalty of perjury that the foregoing is true and correct.

__3/3/25__  __Michael Phillip Mitchell__
(Date)    (Signature of Plaintiff)